UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.  13-CV-60329-WJZ

BPI SPORTS, LLC, a Florida limited
liability company, PRO NUTRA, LLC
a Florida limited liability company,

     Plaintiff,
v.

MAXIMUM HUMAN PERFORMANCE, LLC
a New Jersey limited liability company, and
SUPPLEMENT SERVICES, LLC, d/b/a
MuscleMeds, LLC, a New Jersey limited
company,

     Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Defendants, Maximum Human Performance, LLC and Supplement Services, LLC ("Defendants"), move pursuant to Local Rule 11.1(d)(3) to allow the law firm of León Cosgrove LLC to be substituted for the law firm of Akerman Senterfitt as counsel for Defendants. Defendants further request that the law firm of Akerman Senterfitt be discharged from all further responsibility in this action.  A proposed Order granting this substitution is attached hereto as Exhibit A.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Plaintiff has indicated that they do not oppose the requested relief.

Respectfully submitted.

*s/ Scott B. Cosgrove*
Scott B. Cosgrove
Florida Bar No.  161365
León Cosgrove LLC
255 Alhambra Circle, Suite 424
Coral Gables, Florida  33134
Telephone:  305.740.1975
Facsimile:  305.437.8158
Email:  scosgrove@leoncosgrove.com

*Counsel for Maximum Human Performance, LLC and Supplement Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using CM/ECF.  I also certify that the foregoing document is being served this day on parties as listed (through counsel or those reflected as appearing without counsel) in the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*s/Scott B. Cosgrove*
Scott B. Cosgrove

## SERVICE LIST

Michael Ian Feldman, Esq.
Cary Alan Lubetsky, Esq.
**KRINZMAN, HUSS & LUBETSKY**
800 Brickell Avenue
Suite 1501
Miami, FL 33131
Telephone: 305-854-9700
Facsimile:  305-854-0508
Email: mif@khllaw.com
Email: cal@khllaw.com

*Counsel for Plaintiffs*

Christopher S. Carver, Esq.
**AKERMAN SENTERFITT**
One S.E. Third Avenue, 25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile:  305-374-5095
Email: christopher.carver@akerman.com

*Counsel for Defendants*