```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 13-60329-CIV-ZLOCH
```

BPI SPORTS, LLC, et al.,

    Plaintiffs,

vs.                                         **O R D E R**

MAXIMUM HUMAN PERFORMANCE, LLC,
et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon Defendants' Unopposed Motion For Substitution Of Counsel (DE 12).  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

By the instant Motion (DE 12), Defendants advise the Court that they wish to substitute the law firm of Leon Cosgrove LLC as Counsel of Record in place of the law firm of Akerman Senterfitt.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Unopposed Motion For Substitution Of Counsel (DE 12) be and the same is hereby **GRANTED**;

2. The law firm of Leon Cosgrove LLC be and the same is hereby **SUBSTITUTED** as Counsel of Record for Defendants Maximum Human Performance, LLC, and Supplement Services, LLC;

3. The law firm of Akerman Senterfitt be and the same is hereby relieved of any further responsibility in the representation of Defendants Maximum Human Performance, LLC, and Supplement Services, LLC; and

4. All future pleadings and papers to be served conventionally upon Defendants Maximum Human Performance, LLC, and Supplement Services, LLC should be directed to:

>Scott Brian Cosgrove
>Leon Cosgrove, LLC
>255 Alhambra Circle
>Suite 424
>Coral Gables, FL 33134

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___5th___ day of April, 2013.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record